In the Matter of AUGUSTA H. FOLEY, a Former Incompetent, Respondent. CHARLES J. FOLEY, as Committee of the Person and Property of AUGUSTA H. FOLEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 857.]

MOE LANGER v. OWEN-MORGAN, INC.— Motion for leave to appeal to the Court of Appeals or for reargument and other relief denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 552.]

JOSEPH DOGNIN v. I. ZENDMAN, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 556.]

## SECOND DEPARTMENT, FEBRUARY, 1951.
### (February 5, 1951.)

ANTHONY R. ADORNO, as Assignee of MARY ADORNO, Appellant, v. VINCENT DEL BORRELLO, Defendant, and VIN-DEL CONTRACTING CO., INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

ELIZABETH F. ARUNDELL, Respondent, v. JACK HELLMAN et al., Individually and Doing Business as TRYLON SERVICE STATION, Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present —Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

MEYER BOSHER, Appellant, v. LEO KRAUSHAUR et al., Copartners Doing Business as KEW METRO SERVICE STATION, Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

ABRAHAM M. INERFIELD, Respondent, v. JANE DEMPSEY, Defendant, and PATRICK DEMPSEY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.